# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> KURIN, INC., <br><br> *Defendant*. | Civil Action No. 1:19-cv-00097-CFC <br><br> JURY TRIAL DEMANDED |

## DEFENDANT KURIN, INC.'S MOTION FOR CLAIM CONSTRUCTION

Kurin, Inc. requests that the Court adopt the claim construction positions of Kurin Inc. set forth in the Joint Claim Construction Chart (D.I. 45).

Dated: October 23, 2019

                                                         */s/ Kenneth L. Dorsney*
                                                Kenneth L. Dorsney (#3726)
                                                MORRIS JAMES LLP
                                                500 Delaware Avenue, Suite 1500
                                                Wilmington, DE 19801
                                                (302) 888-6800
                                                kdorsney@morrisjames.com

                                                Karen I. Boyd
                                                *boyd@turnerboyd.com*
                                                Louis L. Wai
                                                *wai@turnerboyd.com*
                                                Jacob S. Zweig
                                                *zweig@turnerboyd.com*
                                                TURNER BOYD LLP
                                                702 Marshall St., Ste. 640
                                                Redwood City, CA  94063
                                                (650) 521-5930

2

Jonathan Hangartner
*jon@x-patents.com*
X-Patents, APC
5670 La Jolla Blvd.
La Jolla, CA  92037
(858) 454-4313

*Attorneys for Defendant-Counterclaim- Plaintiff Kurin, Inc.*

2

11322425/1