## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., | ) ) | |
| | ) | C.A. No. 1:19-cv-00097-CFC |
| Plaintiff, | ) ) | |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| KURIN, INC., | ) ) | |
| Defendant. | ) | |

## DECLARATION OF JONATHAN HANGARTNER IN SUPPORT OF KURIN'S SAMPLES OF THE ACCUSED PRODUCT

OF COUNSEL:

Karen I. Boyd
Louis L. Wai
Jacob S. Zweig
TURNER BOYD LLP
702 Marshall St., Ste. 640
Redwood City, CA 94063
(650) 521-5930
*boyd@turnerboyd.com*
*wai@turnerboyd.com*
*zweig@turnerboyd.com*

Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Phone: 302-888-6800
Fax: 302-571-1750
kdorsney@morrisjames.com

*Attorneys for Defendant-Counterclaim-Plaintiff, Kurin, Inc.*

Jonathan Hangartner
X-Patents, APC
5670 La Jolla Blvd.
La Jolla, CA 92037
(858) 454-4313
*jon@x-patents.com*


Dated: June 30, 2020

I, Jonathan Hangartner, declare under penalty of perjury under the laws of the United States of America that the following is true and correct:

1.       I am a member of the bar of the State of California admitted *pro hac vice* in the District of Delaware for these actions and am an attorney at X-Patents, APC. I am counsel to Kurin, Inc. in these actions. I submit this declaration and accompanying documents in support of Kurin's provision of samples to the Court pursuant to Judge Connolly's Oral Order on June 24th, 2020.

2.       As set forth below, we have provided samples of two (2) commercially packaged configurations of Kurin Lock Blood Culture Collection sets (Exhibits A and B), a complete standalone Kurin Lock device (Exhibit C) without any lines attached, samples of partially assembled components of the Kurin Lock device (Exhibits D, E, and F), and samples of each of the five (5) individual parts that comprise the Kurin Lock device (Exhibits G, H, and I).

3.       Attached hereto as Exhibit A is a true and correct sample of the Kurin Lock Blood Culture Collection Set (D-21221) with 21G Push Button Needle and Sample Collection Assembly. This is a true and correct photo of both sides of the Exhibit A product sample:



4.       Attached hereto as Exhibit B is a true and correct sample of the Kurin Lock Blood Culture Collection Set S-PIV4.  This is a true and correct photo of the Exhibit B product sample packaging and sample removed from the packaging so that it is visible:

1



5.      Attached hereto as Exhibit C is a true and correct sample of a complete Kurin Lock assembly (KUR 8036) without any lines attached.  This is a true and correct photo of the Exhibit C sample:



6.      Attached hereto as Exhibit D is a true and correct sample of the Kurin Lock cap component with the porous plug installed.  This is a true and correct photo of the Exhibit D sample:



7.      Attached hereto as Exhibit E is a true and correct sample of the bottom plate of the Kurin Lock.  This is a true and correct photo of the Exhibit E sample:



8.      Attached hereto as Exhibit F is a true and correct sample of the top plate of the Kurin Lock with the umbrella valve installed.  This is a true and correct photo of the Exhibit F sample:



9.      Attached hereto as Exhibit G is a true and correct sample of the top plate, the bottom plate, and the cap of the Kurin Lock.  This is a true and correct photo of the Exhibit G sample parts:



3

10.     Attached hereto as Exhibit H is a true and correct sample of the umbrella valve component of the Kurin Lock.  This is a true and correct photo of the Exhibit H sample:



11.     Attached hereto as Exhibit I is a true and correct sample of the porous plug component of the Kurin Lock.  This is a true and correct photo of the Exhibit I sample:



12.     Kurin has previously produced samples of the accused products to Magnolia along with technical documents.  Prior production of samples has included:

(i) on June 13, 2019, Kurin produced one (1) sample each of Kurin model numbers D-21221, M-PIV12, M-PIV18, S-PIV4, and S-PIV10, along with technical documents (including engineering drawings) and the following explanation of product numbers:

> The initial letter D, M, T, or S represents the type of blood culture bottle shield used.  They are BD, BioMerieux, ThermoFisher, and Syringe respectively. Except for the PIV designation (which is without a needle), the first numeral (1 or 2) represents yellow safety slide (1) needle or push Button safety needle (2). The next two digits are the length of the total set/tubing (12 equals 12 inches). The last two digits (21 or 23) is the needle gauge. For PIV, the last digits are the length of the set. The PIV 18 is the same as a PIV12 except the 18 adds a 6-inch extension set to the 12. The PIV 10 is the same as the PIV4 except it adds the 6-inch extension set.

(ii) on Jan. 15, 2020, Kurin produced ten (10) samples of each of Kurin model numbers D-21221, M-PIV12, M-PIV18, S-PIV4, and S-PIV10; and

4

(iii) on Apr. 14, 2020, Kurin produced two (2) samples of an early version of Kurin Lock that did not include the umbrella valve.

Date: June 30, 2020                                    */s/ Jonathan Hangartner*
                                                       Jonathan Hangartner