## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> KURIN, INC., <br><br> Defendant. | C.A. No. 19-97-CFC-CJB |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 17, 2020, **MAGNOLIA'S FIRST AMENDED DISCLOSURE OF ASSERTED CLAIMS AND INFRINGEMENT CONTENTIONS** were served on the attorneys of record, via electronic mail:

    Kenneth L. Dorsney
    MORRIS JAMES LLP
    kdorsney@morrisjames.com
    500 Delaware Ave., Suite 1500
    Wilmington, DE 19801

    Karen I. Boyd
    Louis L. Wai
    Jacob S. Zweig
    Jennifer Seraphine
    TURNER BOYD LLP
    boyd@turnerboyd.com
    wai@turnerboyd.com
    zweig@turnerboyd.com
    seraphine@turnerboyd.com
    702 Marshall Street, Suite 640
    Redwood City, CA 94063

    Jonathan Hangartner
    X-Patents, APC
    jon@x-patents.com
    5670 La Jolla Blvd.
    La Jolla, CA 92037

| | |
|---|---|
| Dated: July 20, 2020 | FISH & RICHARDSON P.C.<br><br>By: /s/ Robert M. Oakes<br>　　　Douglas E. McCann (#3852)<br>　　　Robert M. Oakes (#5217)<br>　　　222 Delaware Avenue, 17th Floor<br>　　　P.O. Box 1114<br>　　　Wilmington, DE 19899<br>　　　(302) 652-5070<br>　　　dmccann@fr.com<br>　　　oakes@fr.com<br><br>*Attorneys for Plaintiff Magnolia Medical Technologies, Inc.* |