# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC.,<br><br>    *Plaintiff,*<br><br>v.<br><br>KURIN, INC.,<br><br>    *Defendant.* | Civil Action No. 1:19-cv-00097-CFC-CJB<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR TELECONFERENCE
## TO RESOLVE DISCOVERY DISPUTE

Defendant Kurin, Inc. respectfully moves this Court to schedule a teleconference to address outstanding disputes regarding discovery matters. The parties will provide submissions and present their respective positions consistent with the Court's Oral Order dated September 9, 2020.

Dated: September 16, 2020

                                                   */s/ Kenneth L. Dorsney*
                                                 Kenneth L. Dorsney (#3726)
                                                 MORRIS JAMES LLP
                                                 500 Delaware Avenue, Suite 1500
                                                 Wilmington, DE 19801
                                                 (302) 888-6800
                                                 kdorsney@morrisjames.com

                                                 Karen I. Boyd
                                                 *boyd@turnerboyd.com*
                                                 Louis L. Wai
                                                 *wai@turnerboyd.com*
                                                 Jacob S. Zweig
                                                 *zweig@turnerboyd.com*
                                                 Jennifer Seraphine
                                                 *seraphine@turnerboyd.com*
                                                 Cyndi Claxton
                                                 *claxton@turnerboyd.com*
                                                 TURNER BOYD LLP
                                                 702 Marshall St., Ste. 640
                                                 Redwood City, CA  94063
                                                 (650) 521-5930

          Jonathan Hangartner
*jon@x-patents.com*
X-Patents, APC
5670 La Jolla Blvd.
La Jolla, CA  92037
(858) 454-4313

*Attorneys for Defendant-Counterclaim- Plaintiff Kurin, Inc.*

**SO ORDERED** this _____ day of _____, 2020.

_____
United States District Magistrate Judge