IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 19-97-CFC/CJB ) |
| KURIN, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

At Wilmington this 13th day of January, 2021, having considered the Report and Recommendation issued by United States Magistrate Judge Jennifer L. Hall on December 28, 2020, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Hall's Report and Recommendation (D.I. 218) is adopted.

2. Plaintiff's motion to amend (D.I. 166) is denied.

_____
United States District Judge