# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KURIN, INC., <br><br> *Defendant.* | Civil Action No. 1:19-cv-00097-CFC <br><br> **JURY TRIAL DEMANDED** |

## DEFENDANT KURIN, INC.'S MOTION FOR SUMMARY JUDGMENT (NO. 1) OF INVALIDITY OF U.S. PATENT NO. 9,855,001 DUE TO INDEFINITENESS

Kurin, Inc. ("Kurin") hereby respectfully moves for summary judgment of invalidity of U.S. Patent No. 9,855,001 due to indefiniteness. The grounds for this Motion are fully set forth in the Opening Brief in Support of this Motion, Concise Statement of Facts, and declaration and exhibits filed contemporaneously herewith.

Dated: May 27, 2021

                                                       */s/ Kenneth L. Dorsney*
                                                       Kenneth L. Dorsney (#3726)
                                                       Cortlan S. Hitch (#6720)
                                                       MORRIS JAMES LLP
                                                       500 Delaware Avenue, Suite 1500
                                                       Wilmington, DE 19801
                                                       (302) 888-6800
                                                       kdorsney@morrisjames.com
                                                       chitch@morrisjames.com

Karen I. Boyd
Jennifer Seraphine
Louis L. Wai
Jacob S. Zweig
Cyndi J. Claxton
TURNER BOYD LLP
702 Marshall St., Ste. 640
Redwood City, CA  94063
(650) 521-5930
*boyd@turnerboyd.com*
*seraphine@turnerboyd.com*
*wai@turnerboyd.com*
*zweig@turnerboyd.com*
*claxton@turnerboyd.com*

Jonathan Hangartner
X-Patents, APC
5670 La Jolla Blvd.
La Jolla, CA  92037
(858) 454-4313
*jon@x-patents.com*

*Attorneys for Defendant-
Counterclaim- Plaintiff Kurin, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> KURIN, INC., <br><br> *Defendant.* | Civil Action No. 1:19-cv-00097-CFC <br><br> **JURY TRIAL DEMANDED** |

# [PROPOSED] ORDER

The Court having considered Defendant Kurin, Inc.'s Motion for Summary Judgment (No. 1) of Invalidity of U.S. Patent No. 9,855,001 Due to Indefiniteness, hereby ORDERS that the Motion is GRANTED.

**SO ORDERED** this \_\_\_\_ day of _____, 2021.

_____
The Honorable Colm F. Connolly
United States District Court Judge