# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

(302) 658-9200
(302) 658-3989 FAX

Rodger D. Smith II
(302) 351-9205
rsmith@morrisnichols.com

January 31, 2022

The Honorable Colm F. Connolly  *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE  19801

Re: *Magnolia Medical Technologies, Inc. v. Kurin, Inc.*,
C.A. No. 19-97-CFC (D. Del.)

Dear Chief Judge Connolly:

The Court vacated the dates for the pretrial conference and trial in this case on March 17, 2021 (*see* D.I. 282), and indicated that new dates trial would be set once the Court had resolved any dispositive motions. Because the dispositive motions have been resolved (*see* D.I. 395 & 396), the parties respectfully request that the Court schedule a teleconference to discuss setting new dates for the pretrial conference and trial in this case.

Respectfully,

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)

cc: All Counsel of Record (via cm/ecf and email)