IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGNOLIA MEDICAL TECHNOLOGIES, INC., | ) ) ) ) | REDACTED |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 19-97-CFC (CJB) |
| KURIN, INC., | ) ) ) | |
| Defendant. | ) ) | |

## VERDICT FORM

We, the jury in the above-titled action, unanimously find as follows:

**QUESTION NO. 1:**   Did Magnolia prove by a preponderance of the evidence that Kurin's products infringe the following claims of the '483 Patent?

|  | If YES, choose only one. | | NO<br>(for Kurin) |
|---|---|---|---|
|  | **YES**<br>(literal infringement) | **YES**<br>(under the doctrine of equivalents) |  |
| **Claim 1** | ✓ |  |  |
| **Claim 24** | ✓ | ■ |  |

1

You have now reached the end of the verdict form and you should review it to ensure that it accurately reflects your unanimous determinations. The Foreperson should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.