# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| MAGNOLIA MEDICAL<br>TECHNOLOGIES, INC., | ) <br> ) <br> ) |
|  | ) |
| Plaintiff, | ) <br> ) |
|  | ) |
| v. | ) <br> ) |
|  | ) |
| KURIN, INC., | ) <br> ) |
|  | ) |
| Defendant. | ) <br> ) |

REDACTED

C.A. No. 19-97-CFC (CJB)

## VERDICT FORM (PHASE 2)

We, the jury in the above-titled action, unanimously find as follows:

**QUESTION NO. 1:**     Did Kurin prove by clear and convincing evidence that any of the following claims of the #483 Patent are invalid as anticipated?

|  | YES<br>(for Kurin) | NO<br>(for Magnolia) |
|---|---|---|
| **Claim 1** |  | ✓ |
| **Claim 24** |  | ✓ |

**QUESTION NO. 2:**     Did Kurin prove by clear and convincing evidence that any of the following claims of the #483 Patent are invalid as obvious?

|  | YES<br>(for Kurin) | NO<br>(for Magnolia) |
|---|---|---|
| **Claim 1** |  | ✓ |
| **Claim 24** |  | ✓ |

**QUESTION NO. 3:**     Did Kurin prove by clear and convincing evidence that any of the following claims of the #483 Patent are invalid for failure to satisfy the written-description requirement?

|  | YES<br>(for Kurin) | NO<br>(for Magnolia) |
|---|---|---|
| **Claim 1** |  | ✓ |
| **Claim 24** |  | ✓ |

1

You previously found that claims 1 and 24 of the #483 Patent are infringed.
Answer Question Nos. 4-6 only for any of those claims for which you answered
"NO" in Question Nos. 1 through 3.

**QUESTION NO. 4:**      Has Magnolia proven by a preponderance of the evidence
that it is entitled to lost profits?

| YES<br>(for Magnolia) | NO<br>(for Kurin) |
|---|---|
|  | ✓ |

If you answered "YES" to Question 4, go on to Questions 5 and 6.  If you
answered "NO" to Question 4, go on to Question 6.

**QUESTION NO. 5:**      What lost profits through July 31, 2020 did Magnolia
prove by a preponderance of the evidence?

Amount:  $ _____

2

**QUESTION NO. 6:**    For those infringing sales for which Magnolia did not seek lost profits or did not prove entitlement to lost profits, what reasonable royalty did it prove by a preponderance of the evidence?

Total amount through July 31, 2020:  $ _2,144,093_

Reasonable royalty rate per unit:  $ _2.66_

You have now reached the end of the verdict form and you should review it to ensure that it accurately reflects your unanimous determinations. The Foreperson should then sign the verdict form in the space below and notify the Court Security Officer that you have reached a verdict. The Foreperson should retain possession of the verdict form and bring it to the courtroom with the jury.

Dated:

Signed:

4